**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **TEXAS ADVANCED OPTOELECTRONIC SOLUTIONS INC.,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **INTERSIL CORPORATION,** <br><br> **Defendant.** | **Case No. 4:08-CV-451** <br><br> **JURY DEMANDED** |

---

**MOTION TO FILE UNDER SEAL INTERSIL'S SECOND MOTION TO COMPEL INFORMATION RELATED TO AUSTRIAMICROSYSTEMS'S ACQUISITION OF TEXAS AVANCED OPTOELECTRONIC SOLUTIONS, INC.**

---

Defendant Intersil Corporation ("Intersil") respectfully asks, under Local Rule CV-5(a)(7)(A), that its Second Motion to Compel Discovery Related to Austriamicrosystems's Acquisition of Texas Advanced Optoelectronic Solutions, Inc. be filed under seal. Plaintiff Texas Advanced Optoelectronic Solutions, Inc. ("TAOS") has no objection to this Motion.

Intersil brief includes information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY" under the Stipulated Protective Order ("SPO"). Thus, Intersil submits this Motion to Seal contemporaneously with the Motion in order to comply with its obligations under the SPO. In compliance with such obligations, Intersil respectfully requests that the Motion, be filed at least provisionally under seal.

Dated: May 19, 2014

Respectfully submitted,

*/s/ Justin B. Kimble*_____
Jeffrey R. Bragalone
Email: jbragalone@bcpc-law.com
Justin B. Kimble
Email: jkimble@bcpc-law.com
BRAGALONE CONROY PC
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670

**ATTORNEYS FOR DEFENDANT
INTERSIL CORPORATION**

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that counsel for Intersil conferred with counsel for TAOS concerning the filing of this Motion to Seal, and counsel for TAOS has no objection to this motion.

*/s/ Justin B. Kimble*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of May 2014, I electronically submitted the foregoing document to the Clerk of Court for the United States District Court, Eastern District of Texas, using the CM/ECF system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Justin B. Kimble*