IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TEXAS ADVANCED OPTOELECTRONIC SOLUTIONS, INC., | § § § § | |
| | § | 4:08CV451 |
| v. | § § | |
| INTERSIL CORPORATION | § | |

## ORDER SETTING TELEPHONIC HEARING ON MOTION

The Court will hold a telephonic hearing on Defendant's Intersil Corporation's Second Motion to Compel Discovery Related to Austriamicrosystems's Acquisition of Texas Advanced Optoelectronic Solutions, Inc. (**Dkt. 270**) on **Thursday, May 22, 2014 at 10 a.m.** Counsel for Defendant shall provide the Court and all parties will a conference call number no later than 12 p.m. on Wednesday, May 21, 2014.  If Plaintiff wishes to file a written response to the motion, any response shall be filed no later than Wednesday, May 21, 2014 at 5 p.m.  Intersil Corporation's Motion to Expedite Briefing on its Second Motion to Compel Discovery Related to Austriamicrosystem's Acquisition of Texas Advanced Optoelectronic Solution, Inc. (**Dkt. 271**) is otherwise DENIED as MOOT.  Defendant's Motion to File Under Seal Intersil's Second Motion to Compel Information Related to Austriamicrosytems's Acquisition of Texas Advanced Optoelectronic Solutions, Inc. (**Dkt. 269**) is GRANTED and the motion and any related responsive pleadings may be filed under seal until further order of the Court.

**SO ORDERED.**

**SIGNED this 20th day of May, 2014.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE