IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TEXAS ADVANCED OPTOELECTRONIC SOLUTIONS, INC., | § § § § | |
| | § | 4:08CV451 |
| v. | § § | |
| INTERSIL CORPORATION | § | |

## ORDER REGARDING MAY 22, 2014 HEARING ON MOTION

Having further considered the record herein, the Court will hold the May 22, 2014 hearing on Defendant's Intersil Corporation's Second Motion to Compel Discovery Related to Austriamicrosystems's Acquisition of Texas Advanced Optoelectronic Solutions, Inc. (Dkt. 270) in court . Counsel for both parties are directed to appear at the United States Courthouse, 7940 Preston Road, Plano, Texas 75024 at the previously noticed time.

SO ORDERED.

SIGNED this 21st day of May, 2014.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE