**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **TEXAS ADVANCED OPTOELECTRONIC SOLUTIONS INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**INTERSIL CORPORATION,**<br><br>Defendant. | Case No. 4:08-CV-451<br><br>JURY DEMANDED |

**UNOPPOSED MOTION TO FILE UNDER SEAL INTERSIL'S MOTION TO STRIKE AND/OR EXCLUDE JOSEPH C. MCALEXANDER REGARDING CONFIDENTIAL INFORMATION AND TRADE SECRETS**

Defendant Intersil Corporation ("Intersil") respectfully asks, under Local Rule CV-5(a)(7)(A), that its Motion To Strike And/Or Exclude Joseph C. McAlexander Regarding Confidential Information And Trade Secrets ("Motion to Exclude") be filed under seal. Plaintiff Texas Advanced Optoelectronic Solutions, Inc. ("TAOS") has no objection to this Motion.

The Motion to Exclude includes information designated as "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY" under the Stipulated Protective Order ("SPO"). Thus, Intersil submits this Motion to Seal contemporaneously with the Motion to Exclude in order to comply with its obligations under the SPO. In compliance with such obligations, Intersil respectfully requests that the Motion to Exclude be filed at least provisionally under seal.

| | |
|---|---|
| Dated: July 21, 2014 | Respectfully submitted,<br><br>*/s/ Justin B. Kimble*<br>Jeffrey R. Bragalone<br>Email: jbragalone@bcpc-law.com<br>Justin B. Kimble<br>Email: jkimble@bcpc-law.com<br>BRAGALONE CONROY PC<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br><br>**ATTORNEYS FOR DEFENDANT INTERSIL CORPORATION** |

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Intersil conferred with counsel for TAOS concerning the filing of this Motion to Seal, and counsel for TAOS has no objection to this motion.

*/s/ Justin B. Kimble*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July 2014, I electronically submitted the foregoing document to the Clerk of Court for the United States District Court, Eastern District of Texas, using the CM/ECF system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Justin B. Kimble*