# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| TEXAS ADVANCED OPTOELECTRONIC SOLUTIONS, INC., | § § § § § | |
| Plaintiff, | | |
| v. | § § | Case No. 4:08-CV-451 |
| INTERSIL CORPORATION, | § § § | |
| Defendant. | § § | |

# ORDER

With the exception of the parties negotiating a reasonable royalty, all matters in this case have now been resolved. If the parties are not able to successfully negotiate a reasonable royalty on their own, the court strongly suggests that the parties move the court for additional time to negotiate a reasonable royalty with the assistance of the mediator. The parties are encouraged to resolve this one remaining issue in this case in order to bring it to a complete resolution. Alternatively, the parties are encouraged to settle the entire case.

　　　　IT IS SO ORDERED.

　　　　**SIGNED this the 25th day of April, 2016.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE