IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TEXAS ADVANCED OPTOELECTRONIC SOLUTIONS, INC., | § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 4:08-cv-451 |
| INTERSIL CORPORATION, | § § § | |
| Defendant. | § | |

### AMENDED STIPULATION AND PROPOSED ORDER REGARDING WAIVER OF BOND

Plaintiff Texas Advanced Optoelectronics Systems Inc. ("TAOS"), Defendant Intersil Corporation ("Intersil"), and Renesas Electronics Corporation ("Renesas") hereby stipulate as follows:

1. No execution may issue upon the final judgment nor may proceedings be taken to enforce it until fourteen days after the issuance of a mandate in the currently-pending appeal before the U.S. Court of Appeals for the Federal Circuit, Case No. 16-2121, -2208, -2235. Notwithstanding the preceding sentence, Intersil maintains the right to seek a further stay of execution upon the judgment pending the filing of a petition for certiorari in the U.S. Supreme Court, by providing additional security acceptable to TAOS or posting a bond covering the amount of the final judgment, within fourteen days after the Federal Circuit's mandate in the aforementioned case issues. If Intersil files a petition for certiorari and provides additional security to TAOS or posts a bond covering the amount of the final judgment, no execution may issue upon the final judgment nor may proceedings be taken to enforce it until fourteen days after the Supreme Court has reached a final resolution of the case, either by a decision on the merits or by the denial of certiorari.

2. If Renesas's cash and cash equivalents (as that term is defined in periodic earnings reports released by Renesas) are ever below the amount of the final judgment, Intersil will, within twenty days thereafter, provide additional security acceptable to TAOS or post a bond covering the amount of the final judgment.

3. If TAOS believes that Renesas' cash and cash equivalents are below the amount of the final judgment, or otherwise believes that Intersil has violated this stipulation and order, TAOS will provide Intersil with seven days' written notice prior to commencing any enforcement actions against Intersil.

4. Within fourteen days after issuance of the Federal Circuit's mandate in Case No. 16-2121, -2208, -2235, Intersil and Renesas, jointly and severally, shall pay the entire amount of the then-applicable judgment, if there is one, or Intersil shall exercise its right to provide additional security acceptable to TAOS or post a bond covering the amount of the final judgment for purposes of filing a petition for certiorari. If Intersil files a petition for certiorari and provides additional security to TAOS or posts a bond covering the amount of the final judgment, Intersil or Renesas will pay the entire amount of the then-applicable money judgment, if there is one, within fourteen days after the Supreme Court has reached a final resolution of the case, either by a decision on the merits or by the denial of certiorari.

Dated: November 30, 2017

Respectfully submitted,

Respectfully submitted,

/s/ *Jamil N. Alibhai*

/s/ *Richard J. Johnson*

| | |
|---|---|
| Jamil N. Alibhai<br>Texas Bar No. 00793248<br>jalibhai@munckwilson.com<br>Michael A. McCabe<br>Texas Bar No. 24007628<br>mmccabe@munckwilson.com<br>Robert D. McCutcheon<br>Texas Bar No. 00789480<br>rmccutcheon@munckwilson.com<br>William A. Munck<br>Texas Bar No. 00786127<br>wmunck@munckwilson.com<br>Michael C. Wilson<br>Texas State Bar No. 21704590<br>mwilson@munckwilson.com<br>Kelly P. Chen<br>Texas Bar No. 24062664<br>kchen@munckwilson.com<br>**MUNCK WILSON MANDALA, LLP**<br>600 Banner Place<br>12770 Coit Road<br>Dallas, Texas 75251<br>Telephone: 972.628.3600<br>Facsimile: 972.628.3616<br><br>Attorneys for Plaintiff<br>TEXAS ADVANCED<br>OPTOELECTRONIC SOLUTIONS, INC. | Richard J. Johnson<br>State Bar No. 24088799<br>jjohnson@jonesday.com<br>Scott B. Poteet<br>State Bar No. 24077490<br>spoteet@jonesday.com<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX 75201-1515<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br><br>Gregory A. Castanias<br>D.C. Bar No. 441129<br>gcastanias@jonesday.com<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington D.C. 20001-2113<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700<br><br>Gregory L. Lippetz<br>California State Bar No. 154228<br>glippetz@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br><br>Jeffrey R. Bragalone<br>jbragalone@bcpc-law.com<br>Patrick J. Conroy<br>pconroy@bcpc-law.com<br>Justin B. Kimble<br>jkimble@bcpc-law.com<br>T. William Kennedy, Jr.<br>bkennedy@bcpc-law.com<br>Daniel F. Olejko |

dolejko@bcpc-law.com
James R. Perkins
jperkins@bcpc-law.com
BRAGALONE CONROY PC
2200 Ross Avenue, Suite 4500W
Dallas, TX 75201
Telephone: (214) 785-6670

Attorneys for Defendant
INTERSIL CORPORATION

AGREED BY:

RENESAS ELECTRONICS CORPORATION

By: *H. Kawahara* Hisanori Kawahara
Its: Vice President, Accounting & Control Division, Corporate Planning Unit

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed via CM/ECF and was served upon all counsel of record via CM/ECF on November 30, 2017.

/s/ Richard J. Johnson
Richard J. Johnson

**SO ORDERED.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE