IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TEXAS ADVANCED OPTOELECTRONIC SOLUTIONS, INC., | § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 4:08-cv-451 |
| INTERSIL CORPORATION, | § § § | |
| Defendant. | § § | |

ORDER REGARDING
AMENDED STIPULATION OF WAIVER OF BOND

Having considered the Parties' Amended Stipulation and Proposed Order Regarding Waiver of Bond, the Amended Stipulation (Dkt. #609) is hereby ENTERED and APPROVED. The Parties are ordered to comply with the terms set forth in the Amended Stipulation.

**SIGNED this the 26th day of January, 2018.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE