# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

16-2121, 16-2208, 16-2235

**TEXAS ADVANCED OPTOELECTRONIC SOLUTIONS, INC.,**
*Plaintiff - Cross-Appellant*

v.

**RENESAS ELECTRONICS AMERICA, INC., fka Intersil Corporation,**
*Defendant - Appellant*

Appeals from the United States District Court for the Eastern District of Texas in case no. 4:08-cv-00451-RAS United States District Judge Richard A. Schell

## MANDATE

In accordance with the judgment of this Court, entered July 09, 2018, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court