UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TEXAS ADVANCED OPTOELECTRONIC SOLUTIONS, INC., | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:08-cv-451-RAS |
| v. | § § § | JURY TRIAL REQUESTED |
| INTERSIL CORPORATION, | § § § | |
| Defendant. | § | |

**TEXAS ADVANCED OPTOELECTRONIC SOLUTIONS, INC.'S
<u>NOTICE OF SUPREME COURT ORDER</u>**

Texas Advanced Optoelectronic Solutions, Inc. ("TAOS") files this notice to inform the Court that on June 24, 2019, the Supreme Court of the United States denied TAOS's petition for certiorari. *See* Order at 4, attached as Exhibit 1.

June 26, 2019                                              Respectfully submitted,

/s/ Jamil N. Alibhai
Jamil N. Alibhai
Texas Bar No. 00793248
jalibhai@munckwilson.com
Michael A. McCabe
Texas Bar No. 24007628
mmccabe@munckwilson.com
Robert D. McCutcheon
Texas Bar No. 00789480
rmccutcheon@munckwilson.com
William A. Munck
Texas Bar No. 00786127
wmunck@munckwilson.com
Michael C. Wilson
Texas Bar No. 21704590
mwilson@munckwilson.com
Kelly P. Chen
Texas Bar No. 24062664
kchen@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
600 Banner Place
12770 Coit Road
Dallas, Texas 75251
Telephone: 972.628.3600
Facsimile:  972.628.3616
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served on all counsel of record via CM/ECF on June 26, 2019.

/s/ Jamil N. Alibhai
Jamil N. Alibhai

801530