UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TEXAS ADVANCED OPTOELECTRONIC SOLUTIONS, INC., | § § § § § | |
| Plaintiff, | § § | CIV. NO. 4:08-CV-00451-ALM |
| vs. | § § | |
| RENESAS ELECTRONICS AMERICA INC., | § § | |
| Defendant. | § § | |

## **NOTICE OF APPEARANCE OF CLYDE M. SIEBMAN**

Request is made that Clyde M. Siebman, Siebman Forrest Burg & Smith, LLP, be served electronically in this case and that his appearance as additional counsel for Defendant Renesas Electronics America Inc., be noted.

Dated:  August 13, 2019           Respectfully submitted,

*/s/ Clyde M. Siebman*
Clyde M. Siebman
TX Bar No. 18341600
**SIEBMAN FORREST BURG & SMITH, L.L.P.**
Federal Courthouse Square
300 N. Travis
Sherman, TX  75090
(903) 870-0070
(903) 870-0066 Telefax
clydesiebman@siebman.com

**Attorney for Defendant Renesas Electronics America Inc.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 13, 2019, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

*/s/ Clyde M. Siebman*
Clyde M. Siebman