UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TEXAS ADVANCED OPTOELECTRONIC SOLUTIONS, INC., § § § | |
| Plaintiff, § | CIVIL ACTION NO. 4:08-cv-451 |
| v. § | JURY TRIAL REQUESTED |
| INTERSIL CORPORATION, § § | |
| Defendant. § | |

# ORDER

Before the Court is Plaintiff Texas Advanced Optoelectronic Solutions, Inc.'s Motion for Lift of Stay and Request for Orders on Pending Motions (Dkt. #660). The Court finds that the stay should be lifted so that the Court may issue orders on Plaintiff's Motion for Entry of Partial Judgment (Dkt. #617) and Renewed Motion for Entry of Permanent Injunction (Dkt. #618).

Therefore, Plaintiff's Motion for Lift of Stay and Request for Orders on Pending Motions (Dkt. #660) is **GRANTED in part**, and the **STAY** previously imposed (Dkt. #656) is **LIFTED**.

SIGNED this 1st day of October, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE