# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| AMS SENSORS USA INC. f/k/a TEXAS ADVANCED OPTOELECTRONIC SOLUTIONS, INC., <br>     *Plaintiff,* <br> v. <br><br> RENESAS ELECTRONICS AMERICA INC. f/k/a INTERSIL CORPORATION, <br>     *Defendant.* | § § § § § § § § § § | Civil Action No.  4:08-cv-00451 <br> Judge Mazzant |

## FINAL JUDGMENT

On April 5, 2021, this action came on for trial before a jury and the Court.  On April 16, 2021, the jury in this case reached and returned its unanimous verdict (Dkt. #824).  Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the jury's unanimous verdict, the Court's Findings of Fact and Conclusions of Law, and the Memorandum Opinion and Order entered on this date, the Court enters judgment in favor of Plaintiff.

It is therefore **CONSIDERED, ORDERED, and ADJUDGED** that:

1. The trade secret became properly accessible to Defendant on January 30, 2006.
2. The duration of the head start period was 26 months, running from Defendant's proper accessibility in January 2006 through March 2008.

It is further **ORDERED** that Plaintiff be awarded:

1. Disgorgement damages for $8,546,000.00 for Defendant's trade secret misappropriation related to sales of the ISL29003 product;
2. Pre-judgment interest of $5,580,655.07 accruing at 5% annual simple interest beginning on November 25, 2008;

3. Exemplary damages in the amount of $17,092,000.00 for Defendant's fraud, malice, or gross negligence in misappropriating Plaintiff's trade secret;

4. Reasonable royalty damages of $6,637,693.00 for Defendant's breach of contract related to sales of the Derivative Products;

5. Reasonable royalty damages of $613,014.00 for Defendant's breach of contract related to sales of the Primary Products (excluding the ISL29003);

6. Pre-judgment interest of $9,469,621.99 on the reasonable royalty damages accruing at 10% annual simple interest beginning on November 25, 2008;

7. Costs of the action, including the agreed upon costs incurred through June 20, 2016, totaling $299,239.85 (Dkt. #603), plus additional costs Plaintiff incurred after June 20, 2016, as determined pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rule CV-54. Plaintiff shall file a bill of costs for costs incurred after June 20, 2016, within fourteen days of entry of this judgment;

8. Post-judgment interest on the foregoing amounts as provided in 28 U.S.C. § 1961 accruing as of the date this judgment is signed until judgment is paid in full.

The Court retains jurisdiction over the parties to enforce any and all aspects of this judgment. This judgment is entered subject to, and without waiving, any post-trial issues that may be raised in post-trial motions by any party, including requests for attorneys' fees.

**IT IS SO ORDERED.**
**SIGNED this 7th day of March, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE